IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERL HUNTSINGER, Derivatively on Behalf of Nominal Defendant AFFILIATED COMPUTER SERVICES, INC., | § § § § | |
| Plaintiff, | § | |
| v. | § § | |
| DARWIN DEASON, MARK A. KING, J. LIVINGSTON KOSBERG, DENNIS MCCUISTION, JOSEPH P. O'NEILL, JEFFREY A. RICH, and FRANK A. ROSSI, | § § § § § | CIVIL ACTION NO. 3:06-cv-0756-N  *Electronically Filed* |
| Defendants. | § § | |
| -and- | § § | |
| AFFILIATED COMPUTER SERVICES, INC., | § § § § | |
| Nominal Defendant. | § | |

## JOINT STIPULATION REGARDING REMAND

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Merl Huntsinger ("Plaintiff") and Defendants Darwin Deason, Mark A. King, J. Livingston Kosberg, Dennis McCuistion, Joseph P. O'Neill, Jeffrey A. Rich, and Frank A. Rossi ("Defendants"), and Nominal Defendant Affiliated Computer Services, Inc. ("Nominal Defendant") that this action should be remanded to the 193rd Judicial District Court of Dallas County, Texas.

Dated: May 1, 2006

| STANLEY, MANDEL & IOLA, LLP | BAKER BOTTS L.L.P. |
|---|---|
| By: /s/ Roger L. Mandel<br>　　Roger L. Mandel<br>　　State Bar No. 12891759<br>　　3100 Monticello Ave., Suite 750<br>　　Dallas, Texas 75205<br>　　Telephone: (214) 443-4300<br>　　Fax: (214) 443-0358<br>　　rmandel@smi-law.com<br><br>　　ATTORNEYS FOR PLAINTIFF | By: /s/ Van H. Beckwith<br>　　B.C. Boren, Jr.<br>　　Texas Bar No. 02664100<br>　　Timothy W. Mountz<br>　　Texas Bar No. 14604300<br>　　Van H. Beckwith<br>　　Texas Bar No. 02020150<br>　　2001 Ross Avenue, Suite 600<br>　　Dallas, Texas 75201<br>　　Telephone: (214) 953-6500<br>　　Fax: (214) 953-6503<br>　　vbeckwith@bakerbotts.com<br><br>　　ATTORNEYS FOR DEFENDANTS &<br>　　NOMINAL DEFENDANT |

## CERTIFICATE OF SERVICE

　　I certify that on May 1, 2006, a true and correct copy of the foregoing document was served on all counsel of record by first class U.S. mail, postage pre-paid.

　　　　　　　　　　　　　　　　　　　　　/s/ Van H. Beckwith
　　　　　　　　　　　　　　　　　　　　　Van H. Beckwith